UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Edin Gacevic,

        *Plaintiff,*

-against-

Vima Property Group Inc.; 131st Street Realty LLC; JJS Realty Management Corp.; John Sisamanoglou; and Victor Sisamanoglou;

        *Defendants.*

Case No. 24-cv-03553-JMF

**JUDGMENT (PROPOSED )**

    A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiff Edin Gacevic ("Plaintiff") on January 3, 2025 accepting the December 31, 2024, Offer of Judgment from defendants Vima Property Group Inc.; 131st Street Realty LLC; JJS Realty Management Corp.; John Sisamanoglou; and Victor Sisamanoglou ("Defendants") to allow judgment against them in favor of Plaintiff in the amount of $55,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff, it is

    **ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiff Edin Gacevic and against Defendants, Vima Property Group Inc.; 131st Street Realty LLC; JJS Realty Management Corp.; John Sisamanoglou; and Victor Sisamanoglou, in the total amount of $55,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiff; and that this case is closed.

Judgment signed this __08__ day of __January__ 2025.

        New York, NY

SO ORDERED

_____
ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE